### (May 28, 1945.)

WILLIAM B. BARRY, Respondent, v. FRANK KINGDON, Individually and as President of The Union for Democratic Action, an Unincorporated Association, et al., Defendants, and THE UNION FOR DEMOCRATIC ACTION, AN UNINCORPORATED

ASSOCIATION, et al., Appellants.—In an action to recover damages for libel, order granting plaintiff's motion for an examination of certain defendants before trial, insofar as appealed from affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.